NO. 12-09-00382-CR

 

IN THE COURT OF APPEALS 

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

MARK
ANTHONY MARTINEZ,                §                      APPEAL FROM THE 7TH 

APPELLANT

 

V.                                                                    §                      JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE                                                   §                      SMITH
COUNTY, TEXAS

                                                                                                                                                            

                                                      MEMORANDUM
OPINION

                                                                  PER
CURIAM

Appellant
pleaded guilty, pursuant to a plea bargain, to aggravated kidnapping with the
intent to terrorize.  See Tex.
Penal Code Ann. § 20.04(a)(5) (Vernon 2003).  The trial court found
Appellant guilty, and assessed punishment at imprisonment for seventeen years. 
  We have received the trial court=s
certification showing that this is a plea bargain case and Appellant has no right
to appeal.  See Tex. R. App. P. 25.2(d). 
Accordingly, the appeal is dismissed for want of jurisdiction.

Opinion delivered November 18,
2009.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

(DO
NOT PUBLISH)